**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| JASON KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: _____ |
| | ) | |
| FEDERAL EXPRESS CORPORATION, as | ) | |
| successor by merger to FedEx Ground | ) | |
| Package System, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§ 1441 and 1446, Defendant Federal Express Corporation ("FedEx") removes Case No. 25CY-CV13072 (the "State Court Action") from the Circuit Court of Clay County, Missouri to the United States District Court for the Western District of Missouri, Western Division, on the grounds that jurisdiction exists under 28 U.S.C. § 1332. In support of this removal, Defendant states as follows:

1. On November 20, 2025, Plaintiff Jason Kelley filed his Petition for Damages against FedEx in the State Court Action.

2. A copy of the following documents are attached hereto as Combined **Exhibit A**: (a) index of documents filed in the State Court Action, (b) a copy of the docket sheet in the State Court Action, (c) each document filed in the State Court Action.

3. Defendant Federal Express Corporation was served with the Petition on December 2, 2025. A copy of all process, pleadings, and orders served upon Defendant Federal Express Corporation are attached hereto as **Exhibit B**.

1

4.      This Court has original jurisdiction over this action under 28 U.S.C. § 1332 (diversity) because this matter is between citizens of different states and the amount in controversy exceeds $75,000. Plaintiff is a Missouri citizen. (See Exhibit A, Pet. ¶ 1). Defendant Federal Express Corporation is a Delaware corporation with its principal place of business in Tennessee.

5.      Plaintiff seeks the following damages which are reasonably calculated to exceed $75,000: actual damages and losses, prejudgment interest, punitive damages, attorneys' fees, costs and expenses, and such equitable relief as the Court deems proper. Because Plaintiff alleged he was constructively discharged, his potential actual damages may include back pay from December 2024 through trial, front pay, lost employment benefits, and compensatory damages (including emotional distress damages). (See Exhibit A, Pet. ¶ 34-37). Furthermore, because Plaintiff has retained an attorney to represent him in this matter, it is reasonably calculated that the addition potential attorneys' fees to Plaintiff's other alleged damages would exceed $75,000.

6.      This Notice of Removal is timely filed because it is filed within thirty (30) days of service of the Petition on Defendants Federal Express Corporation.

7.      A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Circuit Court of Clay County, Missouri, as required by 28 U.S.C. § 1446(d). A copy of the Notice to be filed with the state court clerk is attached hereto as **<u>Exhibit C</u>**.

**WHEREFORE**, for the reasons set forth above, Defendant Federal Express Corporation hereby gives notice that the State Court Action in the Circuit Court of Clay County, Missouri, is removed to this United States District Court for the Western District of Missouri, Western Division and this action will now proceed exclusively in this Court.

2

**Dated: January 2, 2026**

Respectfully submitted,

/s/ Joy V. Broyles
Joy V. Broyles (MO Bar #69074)
McAnany, Van Cleve & Phillips
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
jbroyles@mvplaw.com

*Counsel for Defendant Federal Express Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of January, 2025, a true and accurate copy of the foregoing was served via Email and U.S. Mail to the following:

Cooper Mach, Esq.
**THE POPHAM LAW FIRM, PC**
712 Broadway, Suite 100
Kansas City, Missouri 64105
Email: cmach@pophamlaw.com

*Attorney for Plaintiff*

/s/ Joy V. Broyles
Joy V. Broyles

3